AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**10/29/2026**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:26-M -00420(1) |
| | § | |
| (1) Luciano Valerio-Cristino | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2026** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.
in violation of Title **8** United States Code, Section(s) **1326(a) and (b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Luciano VALERIO-Cristino, was arrested by Alpine Border Patrol Agents, on October 27, 2026, for being an illegal alien present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

/s/ Marco Limon

Signature of Complainant
Border Patrol Agent

October 29, 2026
Date

at Alpine, Texas
City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:26-M -00420(1)

WESTERN DISTRICT OF TEXAS

(1) Luciano Valerio-Cristino

FACTS (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 09/17/2026 through Jacksonville, FL. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

IMMIGRATION HISTORY:
VALERIO-CRISTINO, LUCIANO has been deported 3 time(s), the last one being to MEXICO on September 17, 2026, through JACKSONVILLE, FL

CRIMINAL HISTORY:
06/29/2016, Cayce, SC, Hit and Run Accident with Property Damage(F), CNV, 30 Days Jail.
01/30/2020, COLUMBIA, SC, DRIVING WITHOUT A LICENSE(M), CNV, 30 DAYS JAIL.
01/30/2020, COLUMBIA, SC, DUI/DRIVE UNDER THE INFLUENCE (M), CNV, 30 DAYS JAIL.
08/25/2026, COLUMBIA, SC, DUI/DRIVE UNDER THE INFLUENCE(M), CNV, 66 DAYS JAIL.
09/17/2026, COLUMBIA, SC, OPEN CONTAINER OF BEER/WINE IN MOTOR VEHICLE(M), CNV, UNKNOWN.
09/17/2026, COLUMBIA, SC, DUS/DRIVE UNDER SUSP LIC SUS FOR DUI(M), CNV, UNKNOWN.